**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7405**

NICHOLAS ROBERTO-IARA BAKER,

            Petitioner – Appellant,

        v.

HAROLD W. CLARKE, Director of the Virginia Department of
Corrections,

            Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.    Arenda L. Wright Allen,
District Judge.  (2:15-cv-00066-AWA-DEM)

Submitted:  January 21, 2016          Decided:  February 5, 2016

Before NIEMEYER, SHEDD, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Nicholas Roberto-Iara Baker, Appellant Pro Se. Leah A. Darron,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholas Roberto-Iara Baker seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2012) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Baker has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny Baker's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are

2

adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED